UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                                                    **ORDER NO. 6**
                                                                                              **(Master Case File)**
MIRENA IUD PRODUCTS LIABILITY LITIGATION
                                                                                              13-MD-2434 (CS)
*This Document Relates To All Actions*                        13-MC-2434 (CS)
------------------------------------------------------------------------x

Seibel, J.

      The Clerk of Court is directed to open a master case file bearing docket number 13-MC-2434.  Any filing fees associated with opening the master case file docket are waived.  The caption shall read "In re: Mirena IUD Products Liability Litigation."  For administrative purposes only, in 13-MC-2434, the Plaintiff shall be listed as "Mirena MDL Plaintiffs" and the Defendant shall be listed as "Bayer Healthcare Pharmaceuticals, Inc."  The only appearances entered for Plaintiff in 13-MC-2434 shall be the Court-appointed Co-Lead and Liaison Counsel, (Doc. 103 (Order No. 4)):  Fred Thompson III, Matthew J. McCauley, James R. Ronca, and Diogenes P. Kekatos.  The only appearances entered for Defendant in 13-MC-2434 shall be Shayna S. Cook, Brian O'Donoghue, Elmore James Shepherd, III, and William Harrington.

      The Clerk of Court is directed to transfer the following docket entries from 13-MD-2434 to 13-MC-2434:  Docs. 1 (Transfer Order); 8 (Order No. 1); 65 (Order No. 2); 67 (4/30/13 Letter from Diogenes Kekatos); 74 (5/8/13 Letter from Matthey McCauley et al.); 76 (5/10/13 Letter from Alyson Oliver); 77 (5/10/13 Letter from Fred Thompson, III et al.); 78 (5/10/13 Letter from Shayna Cook); 79 (5/10/13 Letter from Shayna Cook); 80 (Defendant's Preliminary Position Statement); 94 (5/16/13 Letter from Mark B. Hutton); 95 (5/16/13 Letter from Matthew McCauley et al.); 96 (5/16/13 Letter from James Ronca); 100 (Order No. 3); 103 (Order No. 4); 104 (5/21/13 Letter from Diogenes Kekatos); 191 (6/28/13 Letter from Shayna Cook); 193

1

(6/17/13 Letter from James Ronca); 198 (Order of Referral to Magistrate Judge); and 207 (Order No. 5). These docket entries shall be numbered consecutively in 13-MC-2434, and shall be followed by this Order (Order No. 6). This Order shall also be docketed in 13-MD-2434, and all matters consolidated therewith.

The Clerk of Court is also directed to transfer the minute entries from the following dates from 13-MD-2434 to 13-MC-2434: May 17, 2013; and July 2, 2013.

This Order and all subsequent entries docketed in 13-MC-2434 are to be docketed simultaneously in 13-MD-2434.

Docket 13-MC-2434 is to contain only my case management orders, letters from counsel that I have docketed, and other substantive filings that relate to all actions (*e.g.*, master pleadings, motion papers). It should not include *pro hac vice* motion papers, the Court's standing orders, conditional transfer orders, notices of appearance, and the like. Papers filed inappropriately will be stricken from the docket. If there is any doubt as to whether a substantive filing shall be made in 13-MC-2434, Counsel may seek the Court's guidance.

**SO ORDERED.**

Dated: July 11, 2013
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　*Cathy Seibel*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CATHY SEIBEL, U.S.D.J.